Seth M. Lehrman (SBN 178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*
*Retina Associates Medical Group, Inc.*

Jeffrey L. Sikkema, (SBN 164367)
jsikkema@cdflitigation.com
David G. Hagopian (SBN 145171)
dhagopian@cdflitigation.com
CAROTHERS DISANTE & FREUDENBERGER LLP
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949-622-1661
Facsimile: 949-622-1669

*Attorney for Defendants*
*Market Plus LLC and Nancy June Lancaster*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARKET PLUS LLC and NANCY JUNE LANCASTER,<br>Defendants. | CASE NO. 8:19-cv-00288-DOC-DFM<br><br>Hon. David O. Carter<br><br>**STIPULATION FOR DISMISSAL**<br><br>Complaint filed: February 13, 2019<br><br>Hon. David O. Carter |

It is hereby stipulated and agreed, by and among the parties hereto, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Retina Associates Medical Group, Inc. ("Plaintiff"), in its individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] with prejudice, and all claims alleged

therein against Defendants, Market Plus LLC and Nancy June Lancaster ("Defendants"), and dismisses all class claims alleged against Defendants without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

**SO STIPULATED.**

DATED: June 12, 2019         EDWARDS POTTINGER LLC.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
Retina Associates Medical Group, Inc.

DATED: June 12, 2019         CAROTHERS DISANTE & FREUDENBERGER LLP

By: */s/ Jeffrey L. Sikkema*
Jeffrey L. Sikkema
Attorney for Defendants
Market Plus LLC and Nancy June Lancaster

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendants Jeffrey L. Sikkema, and that I have obtained his authorization to affix his electronic signature to this document.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman

**L.R. 5-3.2 Service of Documents Filed Electronically**

I hereby certify that on June 12, 2019, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice of the same to all counsel of record.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman