JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individally and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARKET PLUS LLC and NANCY JUNE LANCASTER,<br><br>Defendants. | CASE NO. 8:19-cv-00288-DOC-DFM<br><br>**ORDER OF DISMISSAL [20]**<br><br>Complaint filed: February 13, 2019<br><br>Hon. David O. Carter |

## **ORDER**

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, **ORDERS AS FOLLOWS**:

1. The Stipulation is **GRANTED**.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Retina Associates Medical Group, Inc ("Plaintiff"), in its individual capacity against Market Plus LLC and Nancy June Lancaster ("Defendants").

3. The above-entitled action is hereby dismissed without prejudice as to all class claims alleged against Defendants.

4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties.

**SO APPROVED**.

Dated: June 13, 2019

/s/ David O. Carter
Honorable David O. Carter
United States District Court Judge